IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01964-RBJ-KLM

STEPHEN T. HATCH, derivatively, on behalf of Zynex, Inc., formerly known as Zynex Medical Holdings, Inc.

    Plaintiff,

v.

THOMAS SANDGAARD,
FRITZ G. ALLISON,
TAYLOR SIMONTON,
MARY BETH VITALE, and

    Defendants,

ZYNEX, INC., a Nevada corporation,

    Nominal Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants Taylor Simonton ("Simonton") and Mary Beth Vitale's ("Vitale") **Second Renewed Motion for Order Requiring Security** [Docket No. 30; Filed October 18, 2011] (the "Motion"). On March 2, 2012, the parties filed a joint Case Status Update [#64], in which they informed the Court that, "in principle, they have reached a resolution of this matter and are currently negotiating formal settlement documentation." On March 5, 2012, the District Judge ordered Dismissal Papers filed by April 2, 2012.  *See Minute Order* [#65]. In consideration of the pending settlement of this matter,

    IT IS HEREBY **ORDERED** that the Motion [#30] is **DENIED without prejudice**.

    Dated:  March 27, 2012