IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Laura Galera  Date: June 27, 2012
Court Reporter:    Kara Spitler

Civil Action No. 11-cv-01964-RBJ-KLM

*Parties*:                                *Counsel*:

STEPHEN T. HATCH,                         Willen Jonckheer
                                          Charles Lilley
    Plaintiff,

v.

THOMAS SANDGAARD,                         Mark Oakes
FRITZ G. ALLISON, and                     William Leone
ZYNEX, INC.,                              David Zisser
                                          Kimberly Spear
    Defendants.

## COURTROOM MINUTES

**IN COURT HEARING**

**Court in session:**     **8:00 a.m.**

Appearances of counsel.

Opening remarks by the Court.

8:06 a.m.     Mr. Jonckheer addresses the Court regarding the proposed settlement agreement.

8:48 a.m.     Mr. Leone addresses the Court regarding the proposed settlement agreement.

9:05 a.m.     Ms. Spear addresses the Court regarding the proposed settlement agreement.

9:09 a.m.     Mr. Zisser addresses the Court.

9:11 a.m.     Mr. Oakes addresses the Court.

9:13 a.m.        Mr. Lilley addresses the Court.

For the reasons and findings as stated on the record, it is;

**ORDERED:**  Court approves the Final Judgment and Order of Dismissal.

**Court in recess:**      **9:23 a.m.**

Hearing concluded.

Total time:      01:23